IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | |
|---|---|
| **WILLIAM LARRY MALOTT,** <br> **ADC#110730** <br><br> **Plaintiff** <br><br> v. <br><br> **JIM BISHOP, Sheriff, Jackson County,** <br> **and CHARLES VAUGHN, Jail** <br> **Administrator, Jackson County** <br><br> **Defendants** | Case No. 1:05CV00063 JLH/JFF |

### ORDER

The Court has received the Proposed Findings and Recommended Disposition from Magistrate Judge John F. Forster, Jr. After careful review of the Proposed Findings and Recommended Disposition, the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety, except that the dismissal will be without prejudice. Accordingly, plaintiff's complaint is dismissed without prejudice for his failure to state a claim upon which relief could be granted. Judgment will be entered accordingly.

IT IS SO ORDERED this 29th day of November, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE