IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

WILLIAM LARRY MALOTT, ADC #110730                                          PLAINTIFF

v.                                    No. 1:05CV00063 JLH

JIM BISHOP, Sheriff, Jackson County; and
CHARLES VAUGHN, Jail Administrator,
Jackson County                                                             DEFENDANTS

**ORDER**

On November 29, 2005, this Court entered an order dismissing plaintiff's complaint for failure to state a claim for relief. Plaintiff appealed. While the appeal was pending, two additional motions were docketed in this case. Both were motions by Jimmy Shane Cantrell. Both were intended to be filed in *Cantrell v. Harris*, E.D. Ark. No. 5:05CV081. They apparently were inadvertently docketed in this case as Documents #23 and #24.

The Clerk is hereby instructed to strike Documents #23 and #24.

IT IS SO ORDERED this 2nd day of August, 2007.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE